THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Terry Arnail Dunovant, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2010-UP-546
 Submitted December 1, 2010  Filed
December 16, 2010    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General Deborah R.J. Shupe, all of Columbia; and
 Solicitor Kevin S. Brackett, of York, for Respondent.
 
 
 

PER CURIAM: Terry Arnail
 Dunovant was convicted of kidnapping and two counts of first-degree criminal
 sexual conduct.  On appeal, Dunovant argues the trial court erred in denying
 his motion for a directed verdict because the testimony of the alleged victim
 was not credible as a matter of law.   We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authority: State v.
 Weston, 367 S.C. 279, 292, 625 S.E.2d 641, 648 (2006) (explaining when
 ruling on a motion for a directed verdict, the trial court is concerned with
 the existence or nonexistence of evidence, not its weight); Id. at
 292-93, 625 S.E.2d at 648 (stating if any direct evidence or any substantial
 circumstantial evidence reasonably tends to prove the guilt of the accused, the
 appellate court must find the case was properly submitted to the jury).
AFFIRMED.
HUFF,
 KONDUROS, and LOCKEMY, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.